AARON D. FORD
  Attorney General
Jessica Brown (Bar No. 14487)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Defendant*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON L. GARZA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00041-MMD-CLB<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jessica Brown, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Brandon Garza, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 1st day of August, 2023.

By: *[signature]*
Brandon Garza
Plaintiff, *Pro Se*

DATED this 1st day of August, 2023.
AARON D. FORD
Attorney General

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __August 8__, 2023.

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED this __8th__ day of __August__, 2023.

AARON D. FORD
Attorney General

By: /s/ Jessica Brown
JESSICA BROWN (Bar No. 14487)
Deputy Attorney General
*Attorneys for Defendants*

Page **2** of **2**